UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    INDICTMENT

    - v. -                    :    07 Cr.

BENJAMIN VIALIZ,                 :    08 CRIM 009

        Defendant.         :

- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about October 30, 2007, in the Southern District of New York and elsewhere, BENJAMIN VIALIZ, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about August 8, 2001, in New York Supreme Court, New York County, of criminal possession of a controlled substance in the fifth degree, a violation of New York Penal Law 220.06(01), a Class D felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a Raven Arms semi-automatic handgun, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____          _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

===============================================
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===============================================

UNITED STATES OF AMERICA

- v. -

BENJAMIN VIALIZ,

Defendant.

===============================================

### INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1)))


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

_____

1-2-08 Filed Indictment - Case assigned to Judge Hellerstein
Pitman
U.S.M.J.