```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA

            v.
BENJAMIN VIALIZ,                      NOTICE OF APPEARANCE
                                      08cr 0009 (AKH)
         Defendant.
-------------------------------x
```

SIRS/MADAMES:

   PLEASE TAKE NOTICE, that B. Alan Seidler, an attorney admitted to practice law in the State of New York on February 9, 1973, and admitted to practice before the United States District Court for the Southern District of New York on August 6, 1974, and at all times remaining in good standing, hereby appears as attorney of record for defendant in the within action, and requests that all related case materials be sent to counsel's office.

DATED:  March 12, 2008.

                         Submitted by,

                            /s

                         --------------------------
                         B. ALAN SEIDLER
                         Attorney for Defendant
                         580 Broadway
                         New York, NY 10012
                         212-334-3131
                         212-334-2211 fax
                         Snedens66 @ AOL.com