

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/08

LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
(888) 247-0243
FACSIMILE
(212) 334-2211

March 27, 2008

Hon. Alvin K. Hellerstein
United States District Judge
United States Courhouse
500 Pearl Street
New York, NY 10007

By FAX

re: USA v.Vializ , Ind. # 08 Cr 0009(AKH)

Dear Judge Hellerstein;

*The appl'n will be heard April 3, 2008, at 11:45 am .*

*3-28-08*

*AKHellst*

        At the suggestion of your calendar deputy I am writing to request a status conference to make a renewed bail application on behalf of defendant Vializ.  I would propose April 3rd, at any time after 11:30 AM, or on April 4th, or April 7th..
        Thank you.

Very truly yours,

B. Alan Seidler

cc: AUSA Jeffrey Alberts, by FAX, x2527
bas/ee

# MEMO ENDORSED