

LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
(888) 247-0243
FACSIMILE
(213) 334-2211



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/08

April 29, 2008

Hon. Alvin K. Hellerstein
United States District Judge
United States Courhouse
500 Pearl Street
New York, NY 10007

By FAX

re: USA v. Vializ, Ind. # 08 Cr 0009(AKH)

Dear Judge Hellerstein;

The Court's scheduling order fixes May 20, 2008, as the return date on defendant's motion. With the consent of AUSA Alberts I am respectfully requesting an adjournment to May 22nd, or a date the following week convenient to your Honor. On May 20, 2008, I have a prior commitment to appear before District Judge Thompson in Hartford, Connecticut related to an application to withdraw as attorney because of a conflict of interest.
Thank you.

Very truly yours,

B. Alan Seidler

cc: AUSA Jeffrey Alberts, by FAX, x2527
    Benjamin Vializ
bas/ee

*Handwritten endorsement: The hearing is adjourned, and time is excluded, to May 22, 2008, at 12:00 p.m. 4-30-08 /s/ AKH*

**MEMO ENDORSED**