UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | **NOTICE OF APPEARANCE** |
| | : | **AND REQUEST FOR** |
| -v.- | : | **ELECTRONIC NOTIFICATION** |
| | : | |
| BENJAMIN VIALIZ, | : | **08 Cr. 009 (AKH)** |
| | : | |
| Defendant. | : | |

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.


                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                          Southern District of New York



                                        by: /s/ Amanda Kramer
                                            Amanda Kramer
                                            Assistant United States Attorney
                                            (212) 637-2478



Cc:    B. Alan Seidler, Esq.
        Attorney for Defendant