

LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
(888) 247-0243
FACSIMILE
(212) 334-2211

July 15, 2008

Hon. Alvin K. Hellerstein
United States District Judge
United States Courhouse
500 Pearl Street
New York, NY 10007

By FAX

re: USA v. Vializ, Ind. # 08 Cr 0009(AKH)

Dear Judge Hellerstein;

    I am requesting a status conference on July 18th at 10:30 because the defendant informed me last evening that he cannot pay legal fees. Money set aside for that purpose was apparently denied to him as of yesterday.

Very truly yours,

B. Alan Seidler

*So ordered*
7-15-08
[signature]

cc: AUSA Amanda Kramer

bas/ee

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08