

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2008

**BY HAND**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

      Re:    **United States v. Benjamin Vializ,**
             **08 Cr. 09 (AKH)**

Dear Judge Hellerstein:

      A trial is scheduled in the above-referenced matter for August 11, 2008.

      The Court requested that the parties confer on a briefing schedule for any motions *in limine* the parties plan to file so that the Court may decide such motions at the August 6, 2008, final pretrial conference. To that end, the Government proposes the following schedule: Motions shall be filed by Thursday, July 31; Opposition shall be filed by Monday, August 4; Replies, if any, shall be filed by Tuesday, August 5.

      Defense counsel B. Alan Seidler is on vacation and has been unreachable. I left a voice mail for him on Monday, July 28, 2008, asking that he notify the Government if he has any objections to that schedule. He has not responded.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Amanda Kramer
Assistant United States Attorney
Tel: (212) 637-2478

Cc:    B. Alan Seidler, Esq.

[Handwritten: So ordered 7-29-08 /s/ Alvin K. Hellerstein]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/30/08]