AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

V.

**Benjamin Vializ**

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   1: 08 Cr. 00009 (AKH)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

_[Signature]_
Signature of Judge

**Hon. Alvin K. Hellerstein, U.S. District Judge**
Name and Title of Judge

8/25/08
Date